No. 1004. The National Shawmut Bank of Boston *v.* The City of Boston. Error to the District Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted May 25, 1925. Decided June 1, 1925. *Per Curiam.* Transferred to the Circuit Court of Appeals for the First Circuit upon the authority of (1) act of September 14, 1922, c. 305, 42 Stat. 827; (2) *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S.

325, 332–333; *Metropolitan Water Co.* v. *Kaw Valley Drainage District,* 223 U. S. 519, 522; *Union Trust Co.* v. *Westhus,* 228 U. S. 519, 522–523; *Shapiro* v. *United States,* 235 U. S. 412, 416. *Messrs. William Harold Hitchcock* and *John A. Sullivan* for defendant in error in support of the motion. *Mr. Robert H. Holt* for plaintiff in error in opposition to the motion.